# MAHER & PITTELL, LLP

ATTORNEYS AT LAW

*Reply To:*
**42-40 Bell Blvd, Suite 302**
**Bayside, New York 11361**
**Tel (516) 829-2299**
***jp@jpittell.com***

*Long Island Office*
**10 Bond St, Suite 389**
**Great Neck, New York 11021**
**Tel (516) 829-2299**
***jp@jpittell.com***

March 11, 2025

Hon. Joan M. Azrack
U.S. District Court - Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: *U.S. v. Henriquez, et, al.,* 20 cr 577 (JMA)

Dear Judge Azrack:

I am counsel for Cesar Humberto Lopez-Larios, a defendant in the above referenced matter.

Currently, the case is scheduled for a status conference on March 13, 2025. Due to a personal scheduling conflict, I am unable to appear on that date. Accordingly, please accept this letter in lieu of a formal motion requesting an adjournment of the conference to March 20, 2025 at 11 a.m. It is my understanding a status conference for codefendant, Fredy Ivan Jandres-Parada, is scheduled for that date and time.

Prior to submission of this request, I conferred with the Government. They do not object to this request. I consent to an exclusion of time under the Speedy Trial Act from March 13, 2025 to the March 20, 2025 or any other adjourned date thereafter.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc: AUSA Justina Geraci (by ECF)